**UNITED STATES of America, Plaintiff–Appellee**

v.

**Finas HEARD, Defendant–Appellant.**

**No. 11–40384**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 29, 2012.

Richard John Johnson, Assistant U.S. Attorney, Kevin Dow Collins, Assistant U.S. Attorney, U.S. Attorney's Office, Sherman, TX, for Plaintiff–Appellee.

Brian George O'Shea, Dallas, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM: *

Finas Heard pleaded guilty to conspiracy to distribute, dispense, and possess with intent to distribute 50 grams or more of cocaine base. In March of 2011, the district court sentenced him to 120 months of imprisonment, the mandatory minimum in effect at the time of Heard's offense conduct, and five years of supervised release. The district court rejected Heard's argument that the Fair Sentencing Act of 2010 (FSA) should apply retroactively to him. Heard appeals that decision.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We held this matter in abeyance pending the outcome of *Dorsey v. United States,* —— U.S. ——, 132 S.Ct. 2321, 183 L.Ed.2d 250 (2012). In light of *Dorsey's* holding that the FSA applies retroactively to those whose conduct occurred before the FSA's effective date of August 3, 2010, but who were sentenced after that date, we VACATE Heard's sentence and RE-MAND this case for resentencing consistent with *Dorsey.*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.